NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERNEST LEE KRAUSE, DOC# 738983,   )
                                  )
            Appellant,            )
                                  )
v.                                )          Case No. 2D16-1315
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____    )

Opinion filed October 10, 2018.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

James Dickson Crock of James Dickson
Crock, P.A., Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa; and C.
Suzanne Bechard, Assistant Attorney
General, Tampa (substituted as counsel
of record), for Appellee.


PER CURIAM.

        Affirmed.


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.